## GREATHOUSE v. STATE.
### No. 26227.

Court of Criminal Appeals of Texas.
Jan. 28, 1953.

388

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

This is a conviction for drunk driving, with punishment assessed at a fine of $100.

No statement of facts or bills of exception accompany the record. Nothing is presented for review.

The judgment is affirmed.

Opinion approved by the Court.